R. Matthew Pettigrew, Jr.
Markowitz & Richman
Suite 2020
123 South Broad Street
Philadelphia, PA 19109
215-875-3132

Attorneys for Plaintiffs

| | |
|---|---|
| Trustees of Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund, et al., | : United States District Court |
| Plaintiffs | : District of New Jersey |
| v. | : Civil Action |
| Excel Elevator & Escalator Corp. | : No. 13-3689 (CCC)(JAD) |
| Defendant | : |

## Default Judgment

This action having been commenced on June 14, 2013, and copies of the complaint and the summons having been served on the defendant on June 24, 2013, and the defendant not having responded to the complaint as provided by the Federal Rules of Civil Procedure, and the time for answering having expired, it is ORDERED, ADJUDGED and DECREED:

That judgment is hereby entered against the defendant in favor of the plaintiffs in the total amount of $53,518.88, which amount includes: $44,050.00 in unpaid Annuity Fund contributions; $535.41 in unpaid EAT Fund contributions; $6,864.47 in interest; $1,550.00 in attorney's fees; and $519.00 in litigation costs.

October 29, 2013
Date

_____
U.S.D.J.